In the Matter of the Final Judicial Settlement of the Accounts of Stafford Mosher, Succeeding Trustee, etc., under the Will of Margaret Jones, Deceased. Stafford Mosher, Succeeding Trustee, etc., and Others, Appel-

---

* See Prison Law (Consol. Laws, chap. 43; Laws of 1909, chap. 47), §§ 46-48, 52.— [REP.

lants; Clarence H. Bellinger, Respondent.— Decree affirmed, with costs to respondent against the appellants Mary Bellinger and William Bellinger personally. All concurred, except Merrell, J., who dissented.

Clinton S. Carr, as Trustee in Bankruptcy, etc., of George R. Dixon, Respondent, v. George R. Dixon and Harriet Fitch, Appellants, Impleaded with Others.— Motion granted and appeal dismissed, with costs.

Clara Zielonka, an Infant, etc., Appellant, v. International Railway Company, Respondent. — Motion granted and appeal dismissed, with costs.

William A. Cowan, Appellant, v. Sarah L. Barnum, Respondent.— Motion granted and appeal dismissed, with costs.

Jessie M. Cowan, Appellant, v. Sarah L. Barnum, Respondent.—Motion granted and appeal dismissed, with costs.

Edythe A. Shank, Respondent, v. Columbia Protective Association, Appellant.— Motion granted and appeal dismissed, with costs.

Arthur L. Dixon, Plaintiff, v. Velie Motor Vehicle Company, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

Elizabeth Wright, Plaintiff, v. Crosstown Street Railway Company of Buffalo, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

Christian Heiss, as Administrator, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Margaret E. Cook, Respondent, v. William J. Conners, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed record in ten days.

The Queen City Brick Company, Inc., Respondent, v. Max L. Levine and Others, Appellants.— Motion to dismiss appeal granted, unless appellants file and serve printed record by March twentieth.

Catherine A. Greene, Appellant, v. International Railway Company, Respondent. — Respondent precluded from being heard on argument, unless respondent serve typewritten copy of brief by March eighth, and printed briefs by March tenth.

Charles L. Hyde, Respondent, v. International Railway Company, Appellant.— Motion to dismiss appeal granted unless appellant serve typewritten copy of brief by March tenth, and printed copies by March thirteenth.

Henry Roehrig, as Administrator, etc., Appellant, v. Charles M. Grampp, Respondent.— Respondent precluded from being heard on argument unless respondent file and serve printed briefs by March ninth.

Thomas E. Boyd, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Motion to dismiss appeal granted unless appellant serve typewritten copy of brief by March tenth, and printed copies by March thirteenth.

Louis Powlowski, by Walenty Powlowski, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Motion to dismiss appeal granted unless appellant file and serve printed briefs by March tenth.